COM.

v.

**CASTRO, J.**

**1417 MDA 2016**

Superior Court of Pennsylvania.

06/12/2017

CP–67–CR–0000463–2010 (York)

Quashed

COM.

v.

**CLARKE, J.**

**1455 MDA 2016**

Superior Court of Pennsylvania.

06/12/2017

CP–22–CR–0000743–1997,   CP–22–CR–0000744–1997 (Dauphin)

Affirmed

**HUPP, D.**

v.

**WHEELAND, C.**

**1444 MDA 2016**

Superior Court of Pennsylvania.

06/12/2017

CV–2010–2026 (Northumberland)

Remanded

COM.

v.

**PEREZ, J.**

**1627 MDA 2016**

Superior Court of Pennsylvania.

06/12/2017

Reargument Denied 8/16/2017

CP–36–CR–0001497–1991,   CP–36–CR–0001533–1991 (Lancaster)

Affirmed